UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION


FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 3:34 pm, Mar 26, 2018

| UNITED STATES OF AMERICA | ) | INFORMATION NO. 2:18-cr-16 |
|---|---|---|
| v. | ) ) | VIO: 18 U.S.C. § 843(b) |
| STEPHANIE WALL | ) ) | Unlawful Use of Communication Facility |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
## UNLAWFUL USE OF COMMUNICATION FACITLITY

That on or about May 17, 2016, at approximately 7:27 p.m., in Glynn County within the Southern District of Georgia, and elsewhere, the defendant, **STEPHANIE WALL**, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing, and facilitating a conspiracy to possess with intent to distribute and distribute controlled substances, which constitutes a felony violation of Title 21 U.S.C. §846, all done in violation of Title 21, United States Code, Section 843(b).

(Signatures on Next Page)

_(signature)_
Tania D. Groover*
Assistant United States Attorney
Georgia Bar No. 127947

_(signature)_
Karl I. Knoche*
Assistant United States Attorney
Georgia Bar No. 426624

*lead counsel